The Honorable Mary Alice Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Damarius Butts, a deceased individual and Stephanie Butts an Individual and Mother of Damarius Butts and Executor of the Estate of Damarius Butts,<br><br>Plaintiffs,<br><br>vs.<br><br>Seattle Police Department Officers Elizabeth Kennedy #7725, Hudson Kang #7759 Officers Joshua Vaaga #8397; and Chris Myers #5452 Who Are Named In Their Individual Capacity; Does 1 Through 15 Who Are Employees Of The Seattle Police Department and Are Named In Their Individual Capacity; The City of Seattle and the Seattle Police Department, which is a division Within the City of Seattle,<br><br>Defendants. | No.   2:20-CV-00576-MAT<br><br>DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES<br><br>JURY DEMAND |

Seattle Police Department ("SPD") Officers Elizabeth Kennedy, Hudson Kang, Joshua Vaaga, Chris Myers, and the City of Seattle (collectively "Defendants") answer each of the numbered paragraphs of Plaintiffs' Complaint as follows:

DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT
FOR DAMAGES (2:20-CV-00576-MAT) - 1

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

## I.   FEDERAL JURISDICTION AND VENUE

1. This paragraph consists only of legal conclusions to which no response is necessary.

2. This paragraph consists only of legal conclusions to which no response is necessary.

3. Defendants ADMIT that some Defendants reside within the Western District of Washington and that the events and omissions described in Plaintiffs' complaint occurred in that judicial district.

## II.   PARTIES

4. Defendants are without knowledge or information sufficient to admit or deny the allegations of this paragraph, and therefore DENY them.

5. Defendants ADMIT that Elizabeth Kennedy was a law enforcement officer for the Seattle Police Department (SPD), that she was assigned to perform duties for SPD in the State of Washington, and that she is being sued in her individual capacity.

6. Defendants ADMIT that Hudson Kang was a law enforcement officer for the Seattle Police Department (SPD), that he was assigned to perform duties for SPD in the State of Washington, and that he is being sued in his individual capacity.

7. Defendants ADMIT that Joshua Vaaga was a law enforcement officer for the Seattle Police Department (SPD), that he was assigned to perform duties for SPD in the State of Washington, and that he is being sued in his individual capacity.

8. Defendants ADMIT that Chris Myers was a law enforcement officer for the Seattle Police Department (SPD), that he was assigned to perform duties for SPD in the State of Washington, and that he is being sued in his individual capacity.

9. Defendants are without knowledge or information sufficient to admit or deny the allegations of this paragraph, and therefore DENY them.

DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT
FOR DAMAGES (2:20-CV-00576-MAT) - 2

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

10. Defendants are without knowledge or information sufficient to admit or deny the allegations of this paragraph, and therefore DENY them.

11. Defendants DENY the allegations of this paragraph.

12. Defendants are without knowledge or information sufficient to admit or deny the allegations of this paragraph, and therefore DENY them.

### III.  ALLEGATIONS COMMON TO ALL CLAIMS

13. Defendants ADMIT that events alleged occurred the State of Washington.

14. The allegations in this paragraph contain legal conclusions to which no response is necessary.

15. Defendants ADMIT that a Tort Claim Form was filed; the remaining allegations of this paragraph contain legal conclusions to which no response is necessary.

16. Defendants ADMIT the incident occurred on April 20, 2017, that Demarius Butts (hereinafter "Butts") was an African American male, that he was believed to have engaged in shoplifting at the 7-Eleven on 1st Avenue in the City of Seattle around 1 p.m., and that he brandished a silver gun at the store manager. A gun was found on Butts after he was deceased. Defendants are without knowledge or information sufficient to admit or deny the remaining allegations of this paragraph, and therefore DENY them.

17. Defendants ADMIT the allegations of this paragraph.

18. Defendants ADMIT the allegations of this paragraph.

19. Defendants ADMIT the allegations of this paragraph.

20. Defendants ADMIT the allegations of this paragraph.

21. Defendants ADMIT that Butts and his sister "entered the 7-11 and grabbed multiple items including chips and soda." Defendants ADMIT that Butts "grabbed a 12 pack of Heineken

DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT FOR DAMAGES (2:20-CV-00576-MAT) - 3

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

beer" and that he and his sister walked out of 7-Eleven store. Defendants ADMIT "Yohannes followed" Butts and his sister and "contacted" Butts in the alcove of the 7-Eleven store and "took back the beer." Defendants are without knowledge or information sufficient to admit or deny the remaining allegations of this paragraph, and therefore DENY them.

22. Defendants ADMIT the allegations of this paragraph.

23. Defendants ADMIT the allegations of this paragraph.

24. Defendants ADMIT the allegations of this paragraph.

25. Defendants ADMIT the allegations of this paragraph.

26. Defendants ADMIT the allegations of this paragraph.

27. Defendants ADMIT "there were plastic blinds covering the entrance" and Butts "ran through" a set of "double doors". Defendants are without knowledge or information sufficient to admit or deny the remaining allegations of this paragraph, and therefore DENY them.

28. Defendants ADMIT that Officer Kennedy and Officer Bandel reached the door at the same time and DENY the remaining allegations of this paragraph

29. Defendants ADMIT that that Butts was inside a room and DENY the remaining allegations of this paragraph.

30. Defendants ADMIT the allegations of this paragraph.

31. Defendants ADMIT the allegations of this paragraph.

32. Defendants DENY the allegations of this paragraph.

33. Defendants DENY the allegations of this paragraph.

DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT FOR DAMAGES (2:20-CV-00576-MAT) - 4

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

34. Defendants are without knowledge or information sufficient to admit or deny the allegations of this paragraph, and therefore DENY them.

35. Defendants ADMIT that "other officers were arriving" and that Officers were providing commands. Defendants DENY the remaining allegations in this paragraph.

36. Defendants ADMIT the allegations of this paragraph.

37. Defendants ADMIT that Officers fired while Butts was drawing a gun and DENY the remaining allegations in this paragraph.

38. Defendants ADMIT the allegations of this paragraph.

39. Defendants ADMIT multiple shots were fired at Butts. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegation in this paragraph, and therefore DENY the same.

40. Defendants ADMIT that Butts shot Officer Kang in the chin and that the bullet travelled to his chest region.

41. Defendants ADMIT that Butts shot Officer Myers in his left thumb with a bullet.

42. Defendants ADMIT that Butts shot Officer Kennedy in the vest and deny the remaining allegations of this paragraph.

43. Defendants ADMIT the allegations of this paragraph.

44. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegation in this paragraph, and therefore DENY the same.

45. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegation in this paragraph, and therefore DENY the same.

46. Defendants ADMIT that SWAT team arrived and a recon robot supplied by King County Sheriff's Department was deployed to Butts' location. Defendants lack knowledge or

DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT
FOR DAMAGES (2:20-CV-00576-MAT) - 5

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and therefore DENY the same.

47. Defendants ADMIT that the recon robot located Butts and that no movement was seen from Butts. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and therefore DENY the same.

48. Defendants ADMIT that a noise-flash diversion devise was deployed and no movement was seen and DENY the remaining allegations in this paragraph.

49. Defendants ADMIT the allegations of this paragraph.

50. Defendants DENY the allegations of this paragraph.

51. Defendants ADMIT the allegations of this paragraph.

52. Defendants ADMIT that Officer Blitz entered to see if Butts would react no movement was seen and DENY the remaining allegations in this paragraph.

53. Defendants DENY the allegations of this paragraph.

54. Defendants ADMIT that Officer Blitz did bite Butts as he was attempting to pull him out of the room and that Butts showed no movement. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and therefore DENY the same.

55. Defendants ADMIT the allegations of this paragraph.

56. Defendants ADMIT that a silver revolver described as a Smith and Wesson .38 with serial number obscured was located and DENY the remaining the allegation in this paragraph.

IV. **FIRST CAUSE OF ACTION – COUNT 1 – VIOLATION OF 42 USC 1983 EXCESSIVE FORCE**

57. Defendants incorporate by reference, paragraphs 1 through paragraph 57.

DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT FOR DAMAGES (2:20-CV-00576-MAT) - 6

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

58. Defendants AMDIT on April 20, 2017, Butts was running from the police after shoplifting from a 7-Eleven store and ran into a room. Defendants DENY the remaining allegations in this paragraph.

59. Defendants ADMIT that Officer Kennedy, Kang, and Myers chased Butts into the room and took positions at the double door to the room containing Butts and DENY the remaining the allegation in this paragraph.

60. Defendants DENY the allegations of this paragraph.

61. Defendants DENY the allegations in this paragraph.

62. Defendants ADMIT that officers were fully dressed in their officer uniforms and are without knowledge or information sufficient to admit or deny the allegations of this paragraph, and therefore DENY them.

63. Defendants DENY the allegations of this paragraph.

64. Defendants ADMIT they shot Butts in self-defense and are without knowledge or information sufficient to admit or deny the remaining allegations of this paragraph, and therefore DENY them.

65. Defendants DENY the allegations of this paragraph.

66. Defendants DENY the allegations of this paragraph.

67. Defendants ADMIT that Butts was shot in the front torso, in the side and the back and DENY the remaining the allegation in this paragraph.

68. This paragraph consists only of legal conclusions to which no response is necessary.

## V.   SECOND CAUSE OF ACTION – VIOLATION OF 42 USC 1986 CONSPIRACY

69. Defendants incorporate by reference, paragraphs 1 through paragraph 69.

DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT FOR DAMAGES (2:20-CV-00576-MAT) - 7

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

70. Defendants DENY the allegations of this paragraph.

71. Defendants DENY the allegations set forth in this paragraph.

72. Defendants DENY the allegations set forth in this paragraph.

73. Defendants are without knowledge or information sufficient to admit or deny the allegations of this paragraph, and therefore DENY them.

74. Defendants DENY the allegations set forth in this paragraph.

75. Defendants DENY the allegations set forth in this paragraph.

### VI.   THIRD CAUSE OF ACTION – WRONGFUL DEATH

76. Defendants incorporate by reference, paragraphs 1 through paragraph 76.

77. This Paragraph states a legal conclusion to which no response is required.

78. This Paragraph states a legal conclusion to which no response is required.

79. Defendants are without knowledge or information sufficient to admit or deny the allegations of this paragraph, and therefore DENY them. The remainder of the paragraph states a legal conclusion to which no response is required.

80. This Paragraph states a legal conclusion to which no response is required.

81. Defendants are without knowledge or information sufficient to admit or deny the allegations of this paragraph, and therefore DENY them.

82. Defendants DENY the allegations of this paragraph.

83. Defendants DENY the allegations set forth in this paragraph.

84. Defendants are without knowledge or information sufficient to admit or deny the allegations of this paragraph, and therefore DENY them.

85. This paragraph consists only of legal conclusions to which no response is necessary.

///

DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT FOR DAMAGES (2:20-CV-00576-MAT) - 8

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

### VII. FOURTH CAUSE OF ACTION – OUTRAGE

86. Defendants incorporate by reference, paragraphs 1 through paragraph 86.

87. Defendants DENY the allegations of the first sentence of this paragraph. The second sentence of this Paragraph states a legal conclusion to which no response is required.

88. Defendants DENY the allegations set forth in this paragraph.

89. Defendants DENY the allegations set forth in this paragraph.

90. Defendants DENY the allegations set forth in this paragraph.

91. Defendants DENY the allegations set forth in this paragraph.

### PLAINTIFFS' DEMAND JUDGMENT

Plaintiffs' demand judgment is a prayer for relief which requires no response. The Defendants DENY that Plaintiffs are entitled to the relief set forth in this section.

### THE DEFENDANTS' AFFIRMATIVE DEFENSES

1. Plaintiffs fail to state a claim upon which relief may be granted.

2. The City, a municipal corporation, and its agencies, are immune from liability for prejudgment interest on tort judgments and are immune from punitive damages.

3. Punitive damages are not available against the City.

4. Defendant Officers are entitled to qualified immunity.

5. Any damages suffered by Plaintiffs were caused in whole or in part by their own conduct or fault.

6. Plaintiffs assumed the risk of their alleged injuries by their own actions.

7. Plaintiffs may have failed to take reasonable steps to mitigate damages.

8. Mr. Butts was engaged in a felony at the time of the occurrence causing his alleged injuries and/or death and the felony was a proximate cause of his alleged injuries and/or death.

DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT FOR DAMAGES (2:20-CV-00576-MAT) - 9

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

Accordingly, Plaintiff's claims under Washington law are barred by RCW 4.24.420.

9. Defendants reserve the right to amend this answer to assert additional affirmative defenses, counterclaims, or cross-claims as may be appropriate based upon future discovery. Nothing contained in this Answer should be construed as a waiver of any such additional defenses.

WHEREFORE, Defendants respectfully request that Plaintiffs' Complaint be dismissed with prejudice, that they be awarded costs and reasonable attorneys' fee herein, and that they be granted such other and further relief as the Court finds just and equitable.

DATED this 27th day of July, 2020.

PETER S. HOLMES
Seattle City Attorney

By: */s/ Erika J. Evans*
Erika Evans, WSBA# 51159
*/s/ Kerala Cowart*
Kerala Cowart, WSBA# 53649
*/s/ Ghazal Sharifi*
Ghazal Sharifi, WSBA# 47750
Assistant City Attorneys

E-Mail: Erika.Evans@seattle.gov
E-Mail: Kerala.Cowart@seattle.gov
E-Mail: Ghazal.Sharifi@seattle.gov

Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
Phone: (206) 684-8200

*Attorneys for Defendants*

DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT
FOR DAMAGES (2:20-CV-00576-MAT) - 10

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2020 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Thomas S. Olmstead, WSBA# 8170<br>Law Office of Olmstead & Somers, LLC<br>P.O. Box 68<br>Poulsbo, WA 98370<br>(360) 779-8980<br>*[Attorney for Plaintiffs]* | ( x )  Via Email<br>lawoffice@tomolmstead.com |
| M. Jeffrey Kallis, WSBA# 27855<br>A Law Firm Protecting Civil Rights, P.C.<br>321 High School Rd. D3<br>Bainbridge Island, WA 98110<br>(206) 317-6287<br>*[Attorney for Plaintiffs]* | ( x )  Via Email<br>Jeff.kallis@protecting-civil-rights.com |

  *s/ Jennifer Litfin*_____
Jennifer Litfin, Legal Assistant

DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT FOR DAMAGES (2:20-CV-00576-MAT) - 11

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200