The Honorable Mary Alice Theiler

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| **Damarius Butts,** a deceased individual and **Stephanie Butts** an Individual and Mother of Damarius Butts and Executor of the Estate of Damarius Butts,<br><br>Plaintiffs,<br><br>vs.<br><br>Seattle Police Department Officers Elizabeth Kennedy #7725, Hudson Kang #7759 Officers Joshua Vaaga #8397; and Chris Myers #5452 Who Are Named In Their Individual Capacity; Does 1 Through 15 Who Are Employees Of The Seattle Police Department and Are Named In Their Individual Capacity; The City of Seattle and the Seattle Police Department, which is a division Within the City of Seattle,<br><br>Defendants. | No. 2:20-CV-00576-MAT<br><br>**Jeff Kallis' of KallisLaw Protecting Civil Rights P.C.'s Declaration in support of the Motion for Leave to Withdraw as Counsels of Record LRCP § 83.2** |

I, M. Jeffery Kallis, am a principal of Kallislaw- Protecting Civil Rights, P.C.  I make the following declaration under the laws of the United States against perjury.

I am Co-Counsel for the Plaintiffs in this action and have personal knowledge of the facts set forth below. As to those facts set forth on information and belief, I have a

Thomas Olmstead .SBN 3170
Olmstead Law Office P.C
20319 Bond Rd.
PO BOX Poulsbo WA 98370
360 930 6108

Kallislaw- Protecting Civil Rights P.C.
M. Jeffery Kallis (SBN # 27855)
321 High School RD  Suite D3
Bainbridge Island WA 98110
888-441- 1529

Page **1** of **7**

good faith belief that they are true and correct. If called to testify I could and would provide competent testimony in conformity with the following numbered paragraphs.

I am in good standing with the Washington State Bar Association, and have been so since 1998.  I am also in good standing with the California State Bar and the Alaska State Bar Associations, on inactive status.

I received a BS-AMS from Carnegie-Mellon University in 1968, a Masters and Ph.D. in Economics from the University of Pittsburgh in 1979. In 1997 I received a Juris Doctorate from the University of California, Hasting College Of The Law. I was admitted to the California State Bar in 1997, the Washington State Bar in 1998 and the Alaska State Bar in 2004.

Between 1970 and 1984 I was a sworn Deputy Sheriff with the Cook County Sheriff's Office. The highest rank achieved was Assistant Chief of the Criminal Division.

1    Plaintiff has been represented by The Law Offices of Thomas Olmstead P.C. and Kallislaw-Protecting Civil Rights P.C. since the action was first filed.

2    The representation was undertaken under a written Contract between the Plaintiffs and the attorneys.

3    That contract specified that the law firms were retained for the purpose of filing a Complaint and after initial discovery, assess the merits of the case so that the Plaintiffs could make informed decisions concerning the litigation.

4    Plaintiffs' counsels have completed their assessment of the case and having fulfilled the scope of the limited representation, and now request leave of this Court to withdraw from representation of the Plaintiffs.

5    Both Counsel have met in person with the Plaintiffs and discussed the evidence and the merits of the case and evidentiary issues and potential costs with pursuing the action to judgment.

6    Counsel explained that their withdrawal is due to professional considerations, in part because they did not believe that the advice they provide would materially

Thomas Olmstead .SBN 3170            Kallislaw- Protecting Civil Rights P.C.
Olmstead Law Office P.C              M. Jeffery Kallis (SBN # 27855)
20319 Bond Rd.                       321 High School RD  Suite D3
PO BOX Poulsbo WA 98370              Bainbridge Island WA 98110
360 930 6108                         888-441- 1529
Page **2** of **7**

aid Plaintiffs and that Plaintiffs would be better served by retaining another attorney(s) or via self-representation.

7   Counsel met with the Plaintiffs on December 22nd, 2020 at Mr. Olmstead's Poulsbo Office. Counsel provided a summary of their review of the Discovery and discussed the withdrawal of counsel. The Plaintiffs indicated that they had no objection to the withdrawal, but wanted to see if they could retain other counsel. Plaintiffs indicated that they should have information on the status of their search for new representation by January 8, 2021.

8   Plaintiffs indicated that they understood the limited scope of counsels' representation.

9   Plaintiffs were sent a copy of this motion and this Joint Declaration from the law firms.

10  Opposing counsel for the Defendants were also sent a copy of this motion and the relevant declaration of the attorneys.

DATED this <u>8th</u> of January 2021.

By: ___/s/ *M. Jeffery Kallis*
M. Jeffrey Kallis, WSBA# 27855

Thomas Olmstead .SBN 3170
Olmstead Law Office P.C
20319 Bond Rd.
PO BOX Poulsbo WA 98370
360 930 6108
Page **3** of **7**

Kallislaw- Protecting Civil Rights P.C.
M. Jeffery Kallis (SBN # 27855)
321 High School RD  Suite D3
Bainbridge Island WA 98110
888-441- 1529

The Honorable Mary Alice Theiler

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| **Damarius Butts,** a deceased individual and **Stephanie Butts** an Individual and Mother of Damarius Butts and Executor of the Estate of Damarius Butts,<br><br>Plaintiffs,<br><br>vs.<br><br>Seattle Police Department Officers Elizabeth Kennedy #7725, Hudson Kang #7759 Officers Joshua Vaaga #8397; and Chris Myers #5452 Who Are Named In Their Individual Capacity; Does 1 Through 15 Who Are Employees Of The Seattle Police Department and Are Named In Their Individual Capacity; The City of Seattle and the Seattle Police Department, which is a division Within the City of Seattle,<br><br>Defendants. | No. 2:20-CV-00576-MAT<br><br>**Thomas Olmstead's of the Law Offices of Thomas Olmstead P.C. Declaration in support of the Motion for Leave to Withdraw as Counsels of Record LRCP § 83.2** |

I, Thomas Olmstead, am a principal of Olmstead Law Office P.C.. I make the following declaration under the laws of the United States against perjury.

Thomas Olmstead .SBN 3170
Olmstead Law Office P.C
20319 Bond Rd.
PO BOX Poulsbo WA 98370
360 930 6108
Page **4** of **7**

Kallislaw- Protecting Civil Rights P.C.
M. Jeffery Kallis (SBN # 27855)
321 High School RD  Suite D3
Bainbridge Island WA 98110
888-441- 1529

I am Co-Counsel for the Plaintiffs in this action and have personal knowledge of the facts set forth below. As to those facts set forth on information and belief, I have a good faith belief that they are true and correct. If called to testify I could and would provide competent testimony in conformity with the following numbered paragraphs. I am in good standing with the Washington State Bar Association.

1. Plaintiff has been represented by The Law Offices of Thomas Olmstead P.C. and Kallislaw-Protecting Civil Rights P.C. since the action was first filed.
2. The representation was undertaken under a written Contract between the Plaintiffs and the attorneys.
3. That contract specified that the law firms were retained for the purpose of filing a Complaint and attorneys agreed to review initially produced discovery so that Attorneys could give an initial assessment on the merits of the case so that the Plaintiffs could make informed decisions concerning the litigation.
4. Plaintiffs' counsels have completed their assessment of the case and having fulfilled the scope of the limited representation, and now request leave of this Court to withdraw from representation of the Plaintiffs.
5. Both Counsel have met in person with the Plaintiffs and discussed the evidence and the merits of the case and evidentiary issues and potential costs with pursuing the action to judgment.
6. Counsel explained that their withdrawal is due to professional considerations, in part because they did not believe that the advice they provide would materially aid Plaintiffs search for "Justice" and that Plaintiffs would be better served by retaining another attorney(s) or via self-representation.
7. Counsel met with the Plaintiffs on December 22nd, 2020 at Mr. Olmstead's Poulsbo Office. Counsel provided a summary of their review of the Discovery and discussed the withdrawal of counsel. The Plaintiffs indicated that they had no objection to the withdrawal, but wanted to see if they could retain other counsel. Plaintiffs indicated that they should have information on the status of their search for new representation by January 8, 2021.

Thomas Olmstead .SBN 3170　　　　　　Kallislaw- Protecting Civil Rights P.C.
Olmstead Law Office P.C　　　　　　　　M. Jeffery Kallis (SBN # 27855)
20319 Bond Rd.　　　　　　　　　　　　321 High School RD  Suite D3
PO BOX Poulsbo WA 98370　　　　　　Bainbridge Island WA 98110
360 930 6108　　　　　　　　　　　　　888-441- 1529
Page **5** of **7**

8    Plaintiffs indicated that they understood the limited scope of counsels' representation.

9    Plaintiffs were sent a copy of this motion and this Joint Declaration from the law firms.

10    Opposing counsel for the Defendants were also sent a copy of this motion and the relevant declaration of the attorneys.

DATED this <u>8th</u> of January 2021.

          By: /<u>s/ *Thomas S. Olmstead*</u>_____
          Thomas S. Olmstead, WSBA# 8170

*Attorneys for Plaintiff*

Thomas Olmstead .SBN 3170
Olmstead Law Office P.C
20319 Bond Rd.
PO BOX Poulsbo WA 98370
360 930 6108

Kallislaw- Protecting Civil Rights P.C.
M. Jeffery Kallis (SBN # 27855)
321 High School RD  Suite D3
Bainbridge Island WA 98110
888-441- 1529

Page **6** of **7**

## CERTIFICATE OF SERVICE

I certify that on the date noted below I electronically served these documents: **Thomas Olmstead's of the Law Offices of Thomas Olmstead P.C. Declaration in support of the Motion for Leave to Withdraw as Counsels of Record LRCP § 83.2; Jeff Kallis' of KallisLaw Protecting Civil Rights P.C.'s Declaration in support of the Motion for Leave to Withdraw as Counsels of Record LRCP § 83.2; and The Law Offices of Thomas Olmstead P.C. and Kallislaw-Protecting Civil Rights P.C.'s Motion for Leave to Withdraw as Counsels of Record LRCP § 83.2** on to the following person(s) by e-mail to the following e-mail addresses and persons, in addition Ms. Butts was sent a copy by U.S. Mail to the address listed below:

Erika Evans, WSBA #51159
Kerala Cowart, WSBA 53649
Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
Email: Erika.Evans@seattle.gov
Email: Kerala.Cowart@seattle.gov

Stephany Butts
14625 SE 176th St.  Unit N104
Renton WA 98058
Ann36candy@gmail.com

DATED this 8th day of January, 2021.

　　　　　　　　　　　　　　/s *M. Jeffery Kallis*

Thomas Olmstead .SBN 3170
Olmstead Law Office P.C
20319 Bond Rd.
PO BOX Poulsbo WA 98370
360 930 6108
Page **7** of **7**

Kallislaw- Protecting Civil Rights P.C.
M. Jeffery Kallis (SBN # 27855)
321 High School RD  Suite D3
Bainbridge Island WA 98110
888-441- 1529