The Honorable Mary Alice Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Stephanie Butts, an Individual and Mother of Damarius Butts,<br><br>                Plaintiff,<br><br>vs.<br><br>Seattle Police Department Officers Elizabeth Kennedy #7725, Hudson Kang #7759 Officers Joshua Vaaga #8397; and Chris Myers #5452 Who Are Named In Their Individual Capacity; Does 1 Through 15 Who Are Employees Of The Seattle Police Department and Are Named In Their Individual Capacity; The City of Seattle and the Seattle Police Department, which is a division Within the City of Seattle,<br><br>                Defendants. | No.    2:20-CV-00576-MAT<br><br>ORDER |

THIS MATTER came before this Court on Defendants' Motion for an Order Compelling Discovery Pursuant to Federal Rule of Civil Procedure 37(a). Having reviewed Defendants' Motion and Reply, and having received no response from Plaintiff, the Court hereby ORDERS:

1. The motion to compel Plaintiff's responses to Defendant's interrogatories, requests for admission, and requests for production is GRANTED.

ORDER (2:20-CV-00576-MAT) – Page 1

2. Plaintiff's failure to respond constitutes a waiver of any objections to these discovery requests as propounded by Defendant.

3. Plaintiff must serve responses to Defendants' interrogatories and requests for admission within 15 days of the date of this Order.

4. Plaintiff must serve responses to Defendants' requests for production within 30 days of the date of this Order.

5. Plaintiff is directed to cooperate with Defendants' efforts to schedule her deposition. A deposition is when Defendants' attorneys can ask Plaintiff questions under oath. A court reporter participates in a deposition in order to record everything that is said. Within 15 days of the date of this Order, Plaintiff must provide to Defendants days and times when she can be available for a deposition. Once Plaintiff's deposition has been scheduled at a time and place that is mutually convenient for her and for Defendants' attorneys, then Plaintiff must attend the deposition as scheduled.

6. Plaintiff is advised that any failure to timely comply with this order in good faith may result in further sanctions, up to and including dismissal of her complaint.

DATED this 12th day of July, 2021.

MARY ALICE THEILER[1]
United States Magistrate Judge

---

[1] Judge Theiler is on recall status and continues to handle cases filed in this Court.

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

Presented by:

PETER S. HOLMES
Seattle City Attorney

*s/ Kerala T. Cowart*
Kerala T. Cowart, WSBA #53649
Assistant City Attorney
Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Phone: (206) 733-9001
Fax: (206) 684-8284
Email: kerala.cowart@seattle.gov

ORDER (2:20-CV-00576-MAT) – Page 3

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200